## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SUSAN UKPERE**, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**CHICK-FIL-A, INC.**,<br><br>Defendant. | **CASE NO**. 2:22-cv-5397-CCC-JSA<br><br><br>**ORDER** |

The Court having read and considered the Parties' Joint Motion to Extend Stay of Litigation Pending Settlement, the Motion is hereby **GRANTED**. The Court hereby **ORDERS** that the proceedings in the instant matter shall be and hereby are stayed up through and including April 13, 2023, such that any appearances shall be vacated, and any pending deadlines shall be stayed as of the date of this Order. The parties shall file a joint status letter on or before **April 18, 2023**. The Clerk of Court is directed to terminate the motion at ECF No. 22.

**IT IS SO ORDERED** this 18th day of January, 2023.

    *s/ Jessica S. Allen*
HON. JESSICA S. ALLEN
UNITED STATES MAGISTRATE JUDGE