# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SUSAN UKPERE**, on behalf of herself and *all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **CHICK-FIL-A, INC.**, <br><br> Defendant. | **CASE NO**. 2:22-cv-05397-CCC-JSA |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Susan Ukpere and Defendant, Chick-fil-A, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.[1]

Respectfully submitted on April 19, 2024

[*Signatures on following page*]

---

[1] Pursuant to the terms of a settlement agreement among the parties, the claims in this action, brought both individually and on behalf of a putative class, were consolidated for class-wide resolution in the case styled *Jan Mayheu v. Chick-fil-A Inc.,* No. 2022CV365400, Superior Court of Fulton County, Georgia. On February 29, 2024, the Superior Court of Fulton County entered an Order Granting Final Approval of the Proposed Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards. That Order included a settlement of the claims raised in this Action on a class-wide basis, and the settlement became effective on April 8, 2024. The claims of Plaintiff and the putative class were released pursuant to the terms of the settlement agreement, and Plaintiff now dismisses with prejudice this Action.

| | |
|---|---|
| */s/ Rachel Dapeer* | */s/ Daniel E. Gorman* |
| Rachel N. Dapeer, Esq. | Daniel E. Gorman, Esq. |
| Rachel@dapeer.com | Daniel.gorman@troutman.com |
| **DAPEER LAW, P.A.** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| 3331 Sunset Avenue | 875 Third Avenue |
| Ocean, NJ 07712 | New York, NY 10022 |
| Tel: 305-610-5223 | (212) 704-6000 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant Chick-fil-A, Inc.* |

SO ORDERED

   s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:  4/23/2024